### GUTHRIE v. PENWELL et al.

No. 13556—Opinion Filed Sept. 22, 1925.

Error from District Court, Comanche County; A. S. Wells, Judge.

Action by Helen M. Guthrie against George H. Frampton, as sheriff of Comanche County, et al., to enjoin the execution of a writ of ouster, based on a forfeiture proceedings had by the Commissioners of the Land Office, against the plaintiff. Judgment for defendant. Plaintiff brings error. Affirmed.

Stuart, Sharp & Cruce, E. E. Blake, A. T. Boys, and W. C. Stevens, for plaintiff in error.

George E. Merritt, for defendants in error.

Opinion by DICKSON, C. This is an appeal from a judgment of the district court of Comanche county sustaining a demurrer to the plaintiff's petition, dissolving temporary injunction, and dismissing the case.

The question presented on this appeal is identical with the question presented in case No. 13555, Kirk S. Miller v. Durwood H. Penwell et al., 112 Okla. ——, 239 Pac. 651, and we adopt the syllabus and opinion in that case as the syllabus and opinion in this case and recommend that the judgment appealed from be affirmed.